RECEIVED
MAY 13 2013
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| RUTH L. JOHNSON | Civil Action No. 12-02852 |
| VERSUS | JUDGE DEE D. DRELL |
| COMMONWEALTH OF VIRGINIA | MAGISTRATE JUDGE JAMES D. KIRK |

JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that this case is DISMISSED WITH PREJUDICE due to lack of jurisdiction.

THUS DONE AND SIGNED at Alexandria, Louisiana on this ___ day of May, 2013.

DEE D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT